

**Wilkes Medical Associates**



PLAINTIFF'S EXHIBIT 3

April 4, 2018

Earl A Cook
153 Green Leaf Dr
Wilkesboro NC 28697

**Novant Health Wilkes Medical Associates**
1919 West Park Drive
North Wilkesboro NC
28659-3564
Phone: 336-651-2980
Fax: 336-667-2047

Patient: **Earl A Cook**
Date of Birth: **9/11/1985**
Date of Visit: **4/4/2018**

To Whom It May Concern:

It is my medical opinion that Earl Cook **Needs note for work stating ok to return to work with the following restrictions for at least the next 6 months.**
1. No heavy lifting greater than 25 pounds.
2. No driving for at least 6 months.
3. Requires 10 minute break every 2-2.5 hours. .

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Samantha Billings

Taylor A Norman, PA-C

RE: Cook, Earl -- MR#: 53351849    DOB: 9/11/1985    Page 1 of 1