# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Earl Cook, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:20-cv-00042-KDB-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| United Parcel Service, Inc., | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 25, 2021 Order.

May 25, 2021

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court